

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jose Luis RIVAS-Noriega,<br><br>Defendant. | Magistrate Case No.: **08 MJ 8646**<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about July 15, 2008, within the Southern District of California, defendant Jose Luis RIVAS-Noriega, did knowingly and intentionally import approximately 31.60 kilograms (69.70 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, ON THIS 16th DAY OF JULY, 2008

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose LUIS RIVAS-Noriega

**STATEMENT OF FACTS**

This Statement of Facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Victor O. Esparza.

On July 15, 2008, at approximately 1119 hours, Jose Luis RIVAS-Noriega (RIVAS) applied for admission into the United States from Mexico, at the Calexico, California, West Port of Entry. RIVAS was the driver and registered owner of the 2008 Honda sedan.

RIVAS presented his border crossing card to Customs and Border Protection Officer (CBPO) P. Cunningham. RIVAS appeared apprehensive as he handed his document to CBPO Cunningham. RIVAS gave a negative Customs declaration. RIVAS and the vehicle were referred to the vehicle secondary inspection area.

In vehicle secondary, Canine Enforcement Officer J. Jones utilized his Narcotic Detection Dog (NDD) to inspect the vehicle. The NDD alerted to an odor of narcotics emanating from the roof area of the vehicle.

A total of twenty-six (26) packages were removed form a compartment in the headboard of the vehicle. CBPO R. Castillo probed one of the packages and a sample of a white powdery substance was extracted. The substance field-tested positive for cocaine. The 26 packages had a combined weight of approximately 31.60 kilograms (69.70 pounds) of cocaine.