FILED
AUG 1 4 2008
CLERK COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08cr2739-IEG |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of cocaine (Felony) |
| JOSE LUIS RIVAS-NORIEGA, | |
| Defendant. | |

The United States Attorney charges:

On or about July 15, 2008, within the Southern District of California, defendant JOSE LUIS RIVAS-NORIEGA, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 31.60 kilograms (69.70 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 8/13/2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES    Dominic Kardum For
Assistant U.S. Attorney

JPME:rp:San Diego
8/13/08